UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 24-22031-CIV-MARTINEZ-SANCHEZ

BENZO ELIAS RUDNIKAS,

    Plaintiff,

vs.

STATE OF FLORIDA, *et al.*,

    Defendants.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Eduardo I. Sanchez, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff and Defendant Adrian Blue Therapy Center, LLC's Joint Motion for Approval of Settlement Agreement with Reservation of Ancillary Jurisdiction ("Motion"), (ECF No. 141). Judge Sanchez filed an R&R recommending that the Motion be granted in part and denied in part. (ECF No. 165). The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ADJUDGED** and **ORDERED** that Judge Sanchez's R&R, (ECF No. 165), is **AFFIRMED** and **ADOPTED**. The Motion, (ECF No. 141), is **GRANTED in part and DENIED in part** as follows:

1. Plaintiff's claims against Defendant Adrian Blue Therapy Services, LLC are **DISMISSED with prejudice**.

2. The Parties' request for the Court to approve their settlement agreement and retain jurisdiction to enforce its terms is **DENIED**.

**DONE AND ORDERED** in Miami, Florida, this 12 day of February, 2025.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record