UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 24-22031-CIV-MARTINEZ-SANCHEZ

BENZO ELIAS RUDNIKAS,

    Plaintiff,

vs.

STATE OF FLORIDA, *et al.*,

    Defendants.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Eduardo I. Sanchez, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff's Rule 41(a)(2) Motion for Court Ordered Dismissal of this Action as to Certain Defendants Without Prejudice ("Motion"), (ECF No. 156). Judge Sanchez filed an R&R recommending that the Motion be granted. (ECF No. 166). The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ADJUDGED** and **ORDERED** that Judge Sanchez's R&R, (ECF No. 166), is **AFFIRMED** and **ADOPTED**. The Motion, (ECF No. 156), is **GRANTED** as follows:

1.    Plaintiff's claims against the remaining Defendants are **DISMISSED without prejudice** with the condition that if the Plaintiff files a subsequent action against any of the Defendants named in this action based on the claims asserted in this action or arising under the factual circumstances asserted in this action, or if the Plaintiff seeks to amend the complaint in any existing case to add any of the claims or factual circumstances asserted in this action, then the

Plaintiff must pay such Defendant's attorneys' fees and costs arising from the instant case before instituting the subsequent action or before seeking to amend his complaint in an existing action.

    2.    The Clerk is **DIRECTED** to **CLOSE** this case and **DENY** all pending motions as **MOOT**.

    **DONE AND ORDERED** in Chambers in Miami, Florida, this 18 day of February, 2025.

                                                       JOSE E. MARTINEZ
Copies provided to:                         UNITED STATES DISTRICT JUDGE
All Counsel of Record